| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

NILES BELK, §
　§
　　　Plaintiff, §
　§
versus § CIVIL ACTION NO. 1:18-CV-40
　§
DALLAS B. JONES, *et al.*, §
　§
　　　Defendants. §

## MEMORANDUM OPINION AND ORDER

Plaintiff, Niles Belk, an inmate confined at USP Beaumont, proceeding *pro se*, filed this *Bivens*-type action[1] against defendants Dallas B. Jones, S. Salem, W. Holzapfel, FNU Cutright, J.F. Caraway, S. Ledet, FNU Childrenss, FNU Bunker and FNU Froisness.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends dismissing this action for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.[2]

---

[1] *See Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

[2] Plaintiff received a copy of the Report and Recommendation on June 26, 2018 (docket entry no. 10).

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

**Signed this date**
**Aug 31, 2018**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE